UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMBER N. PIZL,<br><br>    Plaintiff,<br> v.<br><br>ROADRUNNER TRANSPORTATION SERVICES, INC., a foreign corporation,<br><br>    Defendant. | CASE NO. 23-6110 DGE<br><br>MINUTE ORDER |

  The following Minute Order is made by the direction of the Court, United States Judge David G. Estudillo:

  This case is reassigned to United States Judge Robert J. Bryan for the limited purpose of considering Plaintiff's Motion to Remand (Dkt. 6).

  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

  Dated this 18th day of March, 2024.

MINUTE ORDER - 1

1 | The foregoing Minute Order authorized by the Honorable David G. Estudillo, United
2 | States District Judge.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

MINUTE ORDER - 2